IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
10/25/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| PAULETTE TEMPLE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD INC., and BARD VASCULAR INC.,<br><br>　　　　　　　Defendants. | CV 19-91-BLG-SPW-TJC<br><br>**ORDER** |

　　　Defendants move for the admission of Tyler D. Coombe to practice before this Court in this case with Ian McIntosh to act as local counsel. (Doc. 16.) This motion is unopposed and Mr. Coombe's application appears to be in order.

　　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Tyler D. Coombe's *pro hac vice* is GRANTED on the condition that Mr. Coombe shall do his own work. This means that Mr. Coombe must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Coombe may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Coombe.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Coombe, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 25th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge