FILED
3/3/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULETTE TEMPLE,<br><br>    Plaintiff,<br><br>vs.<br><br>C.R. BARD INC., and BARD VASCULAR INC.,<br><br>    Defendants. | CV 19-91-BLG-SPW-TJC<br><br>**ORDER** |

  Plaintiff Paulette Temple ("Temple") moves for the admission of Kristi Wood to practice before this Court in this case with Ben T. Sather to act as local counsel. (Doc. 25.)

  *Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Temple's motion contains Ms. Wood's affidavit, the affidavit fails to address L.R. 83.1(d)(3)(H). (*See* Doc. 25-1.)

  Accordingly,

  IT IS HEREBY ORDERED that Temple's motion to admit Ms. Wood *pro hac vice* is DENIED without prejudice. Temple may resubmit the motion,

1

provided it is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 3rd day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge