IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULETTE TEMPLE,<br><br>        Plaintiff,<br><br>vs.<br><br>C.R. BARD INC., and BARD VASCULAR INC.,<br><br>        Defendants. | CV 19-91-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Kristi Wood to practice before this Court in this case with Ben T. Sather to act as local counsel. Ms. Wood's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Kristi Wood *pro hac vice* is GRANTED on the condition that Ms. Wood shall do her own work. This means that Ms. Wood must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Wood, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 4th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge