IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULETTE TEMPLE,<br><br>             Plaintiff,<br><br>vs.<br><br>C.R. BARD INC., and BARD VASCULAR INC.,<br><br>             Defendants. | CV 19-91-BLG-SPW-TJC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPEAR BY VIDEO** |

Plaintiff Paulette Temple has filed an unopposed motion to allow counsel to appear at the hearing on motion (Doc. 50) by Zoom. (Doc. 57.) Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 57) is GRANTED. Plaintiff's counsel, Alicia Butler, may appear by Zoom at the May 12, 2021 hearing. Counsel shall immediately contact the Clerk of Court's Office at (406) 247-7000 to make arrangements with the Court's IT Department.

**IT IS ORDERED.**

DATED this 10th day of May, 2021.

                                          _____
                                          TIMOTHY J. CAVAN
                                          United States Magistrate Judge