IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAULETTE TEMPLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD INC., and BARD VASCULAR INC.,<br><br>　　　　　Defendants. | CV 19-91-BLG-SPW-TJC<br><br>**ORDER** |

The Court has been notified of a settlement of this case in principle and of the parties' request to stay this case for 90 days to finalize the terms of the settlement. (Doc. 69.) Accordingly,

**IT IS HEREBY ORDERED**:

1. That all proceedings are STAYED for 90 days pending dismissal.

2. That within 90 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case. If the parties have not filed a stipulation to dismiss within 90 days, the parties shall provide the Court with a status report advising the Court of the progress of the settlement.

/ / /

/ / /

3.   That all deadlines are VACATED.

DATED this 28th day of October, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge